CV 08 00637

FILED

JAN 28 AM 11:00

SI

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Daughenbough Darryl (N/A)
(Last) (First) (Initial)

Prisoner Number 2331019

Institutional Address 850 Bryant St. SF, CA. 94103

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Darryl Daughenbough
(Enter the full name of plaintiff in this action.)

vs.

Michael Hennessey (Sheriff)
Deputy Harris
Sgt. Haver
Deputy Tilton
(Enter the full name of the defendant(s) in this action)

Case No. ____________
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement SF. County Jail – 850 Bryant St. SF, CA. 94103 (CJ1-L5)

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal G-02-07-10-035 N/A

2. First formal level G-02-07-10-035 No Response

3. Second formal level G-02-07-10-035 No Response

4. Third formal level G-02-07-10-035 Date of Response 10-26-07 Captain James #1012

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

N/A

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Darryl Doughenbough #2331019 SF. County Jail 850 Bryant st. SF., CA. 94103 CJ1-L5

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

1.) Michael, Hennessey sheriff of SF, CA. oversees

SF, CO. Jail /2.) Deputy HARRIS officer at SF, co. Jail. /3.) Sgt. HAUER Sgt. at SF. Co. Jail. 4.) Deputy Tilton officer at SF, CO. JAil

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. ON 10-04-07 At About 10:30pm Deputy HARRIS told me that I was to move my mattress and stuff from the Floor on the Day Side to an open bunk which was a top bunk. I explained that it is Not Safe for me to be on a top bunk because I have Severe nerve damage in my Neck and Lower back and that I Could Very easily Suffer an injury that Could Leave me permanantly paralyzed from anywhere About the waist down or the neck down. This Could Come About by me falling off the bunk or hitting my

(1)

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

1.) Punitive Damages in the Amount of: $100,000.00

2). Nominal Damages in the Amount of: $400,000.00

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

________________________________________________

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of Janurary, 2008

(Plaintiff's signature)

III Statement of Claim Cont:

Neck on the edge of the bunk, because I sleep very roughly tossing and turning caused from nightmares among other things psych. Related. after this Deputy Harris Left and Came back with Sgt. Hauer and the Rest of there shift officers working Mainline Area. Then Sgt. Hauer and Deputy Harris and others Demanded that I move my mattress from on the floor on the day side to the top Bunk. I tried again to inform them of my medical condition and that I Could not move to a top Bunk. It was not my fault I was not in a medical tank, I also Explained to them I was not going to endanger myself when I Could Suffer permanant Damage (paralasis) from the neck Down Due to a bump or fall. Sgt. Hauer and his squad threatened, "I would or else"! So under threat and fear of personal vilonce and harm being done to me. I grab my bed-roll and personal property and complied. But refused still

III Statement of Claim Cont:

to sleep on a top bunk thus placing my on life and safety in danger and was threatened again and told I would do as I was told or else "Else being physical punishment suffered thru violent attacks from these officers upon my person to inflict persnal bodily harm to my person". So told me by Sgt. Hauer and Senior Deputy Harris so beleived by how it was told me that, I felt for my own health and physical safety it would be best for me to voluntarilly go to the Hole. So I did so volunteer. I was handcuffed behind my back and taken to the padded safety cell though. I was told to strip naked and left with no clothing or covering of any kind in an uncleaned padded cell for over 2 hours. I was given a safety cell vest to cover with then, and after covering up I fell asleep. I was then awaken to the feeling of excruciating pain in the back of my neck as I was kicked for what I imagine must have been the second time. Then as I yelled out I quote, "Hey what are you kicking me for you know I have nerve damage and you want to kick me for nothing" I heard Deputy Harris say, "I quote "I was just checking to see if you were alive" as he was

III Statement of Claim Cont:

looking in the little observation window. Senior Deputy Harris then took off walking away from the cell laughing and making fun or light of his kicking me with the other officer whomever he was. Some time later in the early morning hours, I was again awakened to a feeling of pain in my back "Spinal area" between my shoulder-blades as I was kicked there and then my right shoulder by Deputy Tilton. Whom I yelled at, and Deputy Tilton imediatly closed the door of the cell as his Senior Deputy whom I believe was Senior Deputy Novak heard me and proceeded to verbally reprimand Deputy Tilton. Much later in the day I was talked to by Jail Pyschiatric and then taken back to Dorm C-3 where I had to tie myself into my bunk every night so I didn't fall out of my bunk at night, Until I was moved from C-3 CJ2 to CJ-1 L-5 which is where I am presently being housed.

NICK GREGORATOS
SAN FRANCISCO SHERIFF'S DEPARTMENT
PRISONER LEGAL SERVICES
555 SEVENTH STREET, 2nd FLOOR
SAN FRANCISCO, CA 94103




RECEIVED
JAN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pro Se

US District Court
450 Golden Gate
SF CA 94102

