FILED

08 JAN 28 AM 11:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Darryl, Doughenbough, Plaintiff,

vs.

Michael, Hennessey (sheriff)
Sgt. Hauer
Deputy Harris
Deputy Tilton, Defendant.

CASE NO. CV 08 00637 SI

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Darryl Doughenbaugh declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

APP. TO PROC. IN FORMA PAUPERIS               - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _A+S Tile and Marble 1993 Las Vegas_
5  _Nevada._
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or           Yes ___ No ✓
10         self employment
11     b.  Income from stocks, bonds,        Yes ___ No ✓
12         or royalties?
13     c.  Rent payments?                   Yes ___ No ✓
14     d.  Pensions, annuities, or            Yes ___ No ✓
15         life insurance payments?
16     e.  Federal or State welfare payments,    Yes ✓ No ___
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _SSI Last payment amount was_
22 _$940.00  09-01-07_
23 3.     Are you married?                           Yes ___ No ✓
24 Spouse's Full Name: _Fiancee's Name Kimtrella Al Dana_
25 Spouse's Place of Employment: _None_
26 Spouse's Monthly Salary, Wages or Income: _SSI_
27 Gross $ _940.00_            Net $ _940.00_
28 4.     a.  List amount you contribute to your spouse's support:$ _At this time 0_

APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?          Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                     Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____
21 8.  What are your monthly expenses? —0—
22 Rent: $ —0—                   Utilities: —0—
23 Food: $ —0—                   Clothing: —0—
24 Charge Accounts:
25 Name of Account          Monthly Payment            Total Owed on This Acct.
26 None                     $ _____               $ _____
27 None                     $ _____               $ _____
28 None                     $ _____               $ _____

APP. TO PROC. IN FORMA PAUPERIS                - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Unknown, I do owe state of California Court Costs fines and Probation fees.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

   I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

   I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01-10-2008                    [signature]
DATE                          SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Darryl Daughenbaugh___ for the last six months
[prisoner name]
___San francisco County Jail___ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __47.22__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __3.32__ .

Dated: __12/20/07__  _____
[Authorized officer of the institution]

- 5 -

Date: 12/20/2007
Time: 06:37

## Account Activity Ledger
### From: 08/27/2007 To: 12/20/2007

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 2331019 | **Name** DAUGHENBAUGH, DARRYL | | | **Block** 1M L 05 | | | **Previous Balance** | | 0.00 |
| Initial Entry | 11/13/2007 | 08:22 | B#246357 | 749818 | D | | 0.00 | | 0.00 |
| WESTERN UNION | 11/13/2007 | 08:23 | B#246358 | 749820 | D | | 60.00 | | 60.00 |
| Sales Transaction | 11/14/2007 | 06:53 | I#276405 | | I | 59.55 | | | 0.45 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 2 | For $ | 60.00 |
| **Withdraws** | 0 | For $ | 0.00 |
| **Invoices** | 1 | For $ | 59.55 |

Page : 1