UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DAUGHENBOUGH, | No. C 08-637 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL HENNESSEY (Sheriff); et al., | |
| Defendants. / | |

This action is dismissed without prejudice because plaintiff did not keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 9, 2009

_____
SUSAN ILLSTON
United States District Judge